L.L.C. v. Aetna Life Insurance Company